DORIS L. GURSCHKE, Appellant, v. SOVEREIGN BROADCAST, INC., a Corporation, and ROBERT D. HANNA, Respondents.

No. 6666

February 18, 1972                    493 P.2d 707

*Perry & Clary,* of Las Vegas, for Appellant.

*Earle W. White, Jr.,* of Las Vegas, for Respondents.

## OPINION

*Per Curiam:*

We determine appellant's various contentions, to the effect that the district court abused its discretion when it set aside a default judgment against respondents, to be without merit.

Affirmed.